IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY G. BANKSTON,

        Plaintiff,

  v.

WARDEN ROBERT L. AYERS, et al.,

        Defendants.
                                    /

No. CV-008-4324 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiff's applications for leave to proceed in forma pauperis, and his motion for an extension of time to file an application to proceed in forma pauperis, are hereby DENIED as moot.

2. The complaint is hereby DISMISSED with prejudice.

Dated: March 16, 2009

                                            Richard W. Wieking, Clerk

                                            By: Tracy Lucero
                                            Deputy Clerk